NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
California Bar No. 141489
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6880
    Facsimile:  (213) 894-7819
    E-mail:  Joanne.Osinoff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM<br><br>THE REGIONAL COURT OF<br><br>KARLSRUHE, GERMANY<br>_____ | CV Misc. No. 2:20-mc-19 |

**APPLICATION FOR ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE UNDER SEAL AN APPLICATION FOR AN ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER TO EXECUTE THE LETTERS ROGATORY FROM GERMANY**

1

The United States of America hereby applies, pursuant to Local Rule 79-5.1, for an order permitting the filing under seal of the United States of America's Application for the Assistant United States Attorney to be appointed as Commissioner to execute the Letters Rogatory from the Regional Court of Karlsruhe, Germany ("Application for Appointment of Commissioner").

The Application for Appointment of Commissioner will be submitted pursuant to 28 U.S.C. § 1782, which allows for the district court to appoint a commissioner to arrange for the obtaining of the evidence on behalf of a foreign court in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

If permitted, attached as Exhibit 1 to the Application for Appointment of Commissioner will be a complete set of the documents provided by the court in Germany. These documents relate to the underlying lawsuit in Germany and they contain sensitive medical information about parties to that lawsuit and personal identifiers. In order to protect the privacy of the parties to the lawsuit, it is

//

//

//

//

requested that the United States of America be permitted to file the Application for Appointment of Commissioner under seal.

DATED: This 28 day of February, 2020.

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Joanne S. Osinoff*

JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
Attorneys for the United States of America