UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CV Misc. No. 2:20-mc-19 |
| ) | |
| LETTERS ROGATORY FROM ) | |
| ) | |
| THE REGIONAL COURT OF ) | |
| ) | |
| KARLSRUHE, GERMANY ) | |
| _____ ) | |
| ) | |

**[PROPOSED] ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE UNDER SEAL AN APPLICATION FOR AN ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER**

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The United States of America shall be permitted to file under seal an Application for Order Appointing the Assistant United States Attorney as Commissioner to execute the Letters Rogatory from the Regional Court of Karlsruhe, Germany.

     DATED:  This _____ day of _____, 2020.

 

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

_/s/ Joanne S. Osinoff_
_____
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

Attorneys for the United States of America